IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

| Civil Action: | 25-cv-02511-CNS-NRN | Date: June 23, 2026 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

---

| *Parties* | *Counsel* |
| --- | --- |
| JOEL GRIMES<br>**Plaintiff** | *Richard Burch* |
| **v.** | |
| WESTMORELAND MINING LLC<br>**Defendant** | *Hillary Ross* |

---

## COURTROOM MINUTES

---

**ORAL ARGUMENT**

Court in Session:  1:25 p.m.

Appearance of counsel.

Argument given on [19] Defendant's Motion to Dismiss by Ms. Ross and Mr. Burch with questions from the Court.

The Court makes findings of fact, conclusions of law.

As outlined on the record, it is

**ORDERED:   [19] Defendant's Motion to Dismiss is DENIED.**

Discussion held on limiting discovery.

**ORDERED:   Defendant is to file a written motion within 14 days, which will be referred to the Magistrate Judge.**

Court in Recess:  2:00 p.m.          Hearing concluded.          Total time in Court:  00:35